UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CR. NO: 07-10075-MLW

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) ) |
| ROBERT M. MARDIROSIAN | ) ) ) |

**DEFENDANT'S PROPOSED CONDITIONS FOR
TRAVEL TO SWITZERLAND TO ATTEND HENRI KLEIN'S DEPOSITION**

NOW COMES the defendant in the above-entitled matter and respectfully requests this Honorable Court allow him to travel to Switzerland to attend the deposition of Henri Klein under the following conditions:

1. That Mr. Mardirosian travel to and from Switzerland in the presence of defense counsel;

2. That upon arrival in Switzerland, Mr. Mardirosian shall immediately turn over his passport to defense counsel for counsel to provide the passport to the Assistant United States Attorney to hold until Mr. Mardirosian's scheduled return to the United States with defense counsel;

3. That Mr. Mardirosian shall stay in the same hotel as his defense counsel and upon check-in shall provide the Assistant United States Attorney with his room number and room telephone number;

4. That Mr. Mardirosian shall only be allowed to leave the hotel only when

      accompanied by his defense counsel;

5.    That Mr. Mardirosian's wife shall, prior to Mr. Mardirosian leaving the United States, provide her passport to Pre-Trial Services to be held until Mr. Mardirosian's return from Switzerland.

WHEREFORE, the defendant respectfully requests this Honorable Court allow him to travel to Switzerland to attend the deposition of Henri Klein under the conditions set forth above.

DATED: January 4, 2008

Respectfully Submitted,
By Defendant's Attorney

/s/ Brian P. Fitzsimmons
MICHAEL F. HANLEY/BBO#628450
BRIAN P. FITZSIMMONS/BBO#567071
Hanley, Hassett & Fitzsimmons, LLC
40 Willard Street, Suite G101
Quincy, MA 02169
(617)770-2929
bfitzsimmons@hhflawyers.com

## CERTIFICATE OF SERVICE

I, Brian P. Fitzsimmons, Esquire, counsel for the defendant hereby certify that I have this date caused a copy of the forgoing to be served on counsel of record by means of the ECF system

DATED: January 4, 2008        /S/ Brian P. Fitzsimmons
                                                   Brian P. Fitzsimmons