

# **MEMORANDUM**

**To:**    The Honorable Mark L. Wolf, Sr. U.S. District Judge

**From:**    Frederick Lawton, U.S. Probation Officer

**Re:**    **MARDIROSIAN, William   Dkt. No.: 07-CR-10075-001**
       **Fine/Restitution Order/Payment Schedule Policy**

**Date:**    September 26, 2014

This memorandum serves as notification of a fine/restitution payment schedule set by the Probation Department in accordance with the Administrative Office Monograph 114.

It is the responsibility of the Supervising Probation Officer to notify the Court of an agreed-upon payment schedule, thus making a reasonable payment schedule set by the Court. The schedule is based upon the defendant's ability to pay at the time it is formulated. Periodic reviews of the defendant's financial situation will be made in order to determine whether the schedule shall be changed. In the event any changes are made, the Court will be so advised.

At the present time, the agreement is as follows:

> Mardirosian has agreed to pay his $100,000 fine in monthly installments of ten percent of his gross income.

If Your Honor concurs with this payment schedule, please advise by signing below.

Reviewed & Approved By:

*Basil Cronin*

Basil Cronin
Supervising U.S. Probation Officer


Payment Schedule Is Approved:

_____
       Mark L. Wolf
    Sr. U.S. District Judge

_____
       Date